# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Eric Alan Carey,
f/k/a John Richard Combs

Case No. Civil 00-1969 JMR/ESS

v.

**JUDGMENT IN A CIVIL CASE**

State of Minnesota Department
of Corrections

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. The petition for writ of habeas corpus is dismissed without prejudice;

2. Petitioner's application for leave to proceed in forma pauperis is denied as moot; and

3. The clerk of court is directed to issue petitioner a refund of his filing fee overpayment in the amount of $29.62.

DATE: September 28, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk